ACCEPTED
14-14-00241-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/29/2015 9:30:09 AM
CHRISTOPHER PRINE
CLERK

**No. 14-14-00241-CR**
**No. 14-14-00242-CR**
In the
Court of Appeals
For the
First District of Texas
At Houston

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

5/29/2015 9:30:09 AM

CHRISTOPHER A. PRINE
Clerk

—————◆—————

**Nos. 1366175 and 1366176**
In the 174th District Court
Of Harris County, Texas

—————◆—————

**GRISELDA AZA**
*Appellant*
V.
**THE STATE OF TEXAS**
*Appellee*

—————◆—————

STATE'S MOTION FOR FINAL EXTENSION OF TIME TO FILE BRIEF

—————◆—————

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to TEX. R. APP. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief and in its motion, would show the Court the following:

1. The appellant was charged in cause number 1366175 with the intoxication manslaughter of Darlene Carter committed on October 28, 2012 (CR5 – 17). She was also charged in cause number 1366176 with the intoxication manslaughter of Alphonse Jackson committed on that same day (CR6 – 16). She pled guilty to the charges without an agreed recommendation on punishment, and the trial court thereafter assessed

punishment on February 21, 2014 at fifteen years in prison for each case (CR5 – 56) (CR5 – 52).  The appellant filed notice of appeal the next week, and the trial court certified that she had waived her right to appeal (CR5 – 44, 59) (CR6 – 33, 55).

2. The State's brief was originally due on April 10, 2015, but this Court granted extensions until June 11, 2015.  The State hereby requests a final 30-day extension for the filing of the State's brief.

3. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

   a. The record in this case is over 120 megabytes in length split over ten files and is taking some time to process.

   b. Extensive rainfall during the last week of May 2014 caused the undersigned attorney's office to close for two days during which the undersigned attorney was told to remain at home and therefore was unable to work on the brief in this case.

   c. The undersigned attorney was responsible for screening every bill filed in the Texas Legislature to determine its possible impact on the Harris County District Attorney's Office, and this task has consumed a large amount of time since pre-filing started in the Texas Legislature in November 2014.

   d. The undersigned attorney researched and answered by email more than 140 legal questions of trial prosecutors since the appellant filed his brief.  The undersigned attorney researched and answered even more such questions by phone during that time period.  And the undersigned attorney had an oral argument during this period.

   e. The undersigned attorney is responsible for supervising six other appellate prosecutors, and has spent a substantial amount of time

reviewing the briefs of those prosecutors, attending their oral arguments, and assisting in the preparation of both during that time period. The undersigned attorney has also been responsible for training a new appellate prosecutor, which requires more intense supervision and editing, and therefore, more of a time commitment.

f. The undersigned attorney was required to present argument at the Texas Court of Criminal Appeals in Austin on May 20, 2015, which required several days of preparation, presentation, and travel.

g. The undersigned attorney has had a family vacation planned from June 1 through June 11, 2015 since early in 2014. The undersigned counsel has made many non-refundable expenditures in an effort to secure favorable rates during the trip

h. The undersigned attorney has been involved in completing the following written appellate projects since the appellant filed his brief:

   (1)     Kelvin O'Brien v. The State of Texas
           No. 01-14-00229-CR
           Brief filed March 30, 2015

   (2)     Antonio Perez v. The State of Texas
           No. 01-12-01001-CR
           Motion for rehearing filed March 31, 2015

   (3)     Brogan Melchior v. The State of Texas
           No. 14-14-00454-CR
           Brief to be filed April 13, 2015

   (4)     Elder Somoza v. The State of Texas
           No. 01-14-00716-CR
           Brief filed April 15, 2015

(5)     In the Interest of B.D.S. v. The State of Texas
        No. 01-14-00762-CV
        Brief filed April 28, 2015

(6)     Jose Vasquez v. The State of Texas
        No. PD-0078-15
        Brief on PDR filed May 12, 2015

(7)     Antonio Perez v. The State of Texas
        No. 01-12-01001-CR
        PDR filed May 12, 2015

(8)     Johnathan Castaneda v. The State of Texas
        No. 01-14-00389-CR
        No. 01-14-00390-CR
        Brief filed May 18, 2015

WHEREFORE, the State prays that this Court will grant the requested extension.

Respectfully submitted,

/s/  Eric Kugler
**ERIC KUGLER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
Kugler_eric@dao.hctx.net
TBC No. 796910

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served by efile.txcourts.gov to:

Bob Wicoff
Assistant Public Defender
Harris County, Texas
1201 Franklin, 13th Floor
Houston, Texas 77002
Bob.Wicoff@pdo.hctx.net

/s/ Eric Kugler
**ERIC KUGLER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002-1923
(713) 755-5826

Date: May 29, 2015